IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MATTHEW REVELES,

    Petitioner,

v.

ANA M. BOATWRIGHT, Warden,
New Lisbon Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-201-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus without prejudice for petitioner's failure to exhaust his state court remedies.

_____       5/18/10
Peter Oppeneer, Clerk of Court          Date